**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK RIVERA,** | **Case No. 4:24-cv-05239-YGR** |
| Plaintiff, | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| **CITY OF SAN RAFAEL, ET AL.,** | Re: Dkt. No. 15. |
| Defendants. | |

For the reasons stated on the record, plaintiff's motion for a preliminary injunction barring enforcement of the city's planned relocation order is **DENIED**.

Preliminary injunctions are considered "extraordinary and drastic remed[ies]." *Pom Wonderful LLC v. Hubbard,* 775 F.3d 1118, 1124 (9th Cir. 2014) (quoting *Munaf v. Geren,* 553 U.S. 674, 689 (2008)). To obtain a preliminary injunction, a "party must establish that: (1) it is likely to succeed on the merits; (2) it is likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in its favor; and (4) an injunction is in the public interest." *Id.* (quoting *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Courts "consider these factors on a sliding scale, such that a stronger showing of one element may offset a weaker showing of another." *Recycle for Change v. City of Oakland,* 856 F.3d 666, 669 (9th Cir. 2017) (internal cites omitted).

As stated at argument on the motion, plaintiff is unlikely to succeed on the merits. As this factor weighs strongly against plaintiff, the Court finds that on balance plaintiff has not made the requisite showing to warrant the issuance of an injunction.

Plaintiff's motion is therefore **DENIED**.

The Temporary Restraining Order currently in effect is hereby **DISSOLVED** as of 5:00 P.M.

This terminates Docket No. 15.

**IT IS SO ORDERED**.

Date: September 5, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California