UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RIVERA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CRISTINE ALILOVICH, et al.,<br><br>　　　　　　Defendants. | Case No. 24-cv-06405-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 24-cv-05239.

**IT IS SO ORDERED.**

Dated: September 11, 2024



WILLIAM H. ORRICK
United States District Judge